**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), *et al.*, acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>*Plaintiffs-Appellants*,<br><br>v.<br><br>Citibank NA London, *et al.*,<br><br>*Defendants-Appellees*. | Case No. 19-cv-3911 (VSB) (administratively consolidated) |
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.<br><br>Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Bankr. Case No. 10-13164 Jointly Administered |
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof,<br><br>*Plaintiffs-Appellants*,<br><br>v.<br><br>CITITRUST BAHAMAS LIMITED; DON CHIMANGO SA,<br><br>*Defendants-Appellees*. | Case No. 19-cv-05106 (VSB)<br><br><u>On Appeal From:</u><br><br>Adv. Proc. No. 12-01298 (CGM) |

## <u>NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT</u>

Notice is given that Plaintiffs-Appellants FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and

Liquidators thereof, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment of the District Court for the Southern District of New York, entered in this case on September 6, 2022 at Dkt. No. 38.

The parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

| Plaintiffs-Appellants | Attorneys |
|---|---|
| FAIRFIELD SENTRY LIMITED (IN LIQUIDATION), acting by and through the Foreign Representatives thereof, and KENNETH KRYS and GREIG MITCHELL, solely in their capacities as Foreign Representatives and Liquidators thereof | **BROWN RUDNICK LLP**<br>David J. Molton<br>Marek P. Krzyzowski<br>Seven Times Square<br>New York, New York 10036<br>Telephone: 212-209-4800<br><br>**SELENDY GAY ELSBERG PLLC**<br>David Elsberg<br>Caitlin Halligan<br>Andrew Dunlap<br>Lena Konanova<br>Ron Krock<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Telephone: 212-390-9000 |

| Defendants-Appellees | Attorneys |
|---|---|
| Cititrust Bahamas Limited | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>Carmine Boccuzzi<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: 212-225-2000 |
| Don Chimango SA | SEIDEN LAW GROUP LLP<br>Amiad M. Kushner<br>322 Eighth Avenue, Suite 1704<br>New York, New York 10001<br>Telephone: (212) 523-0686 |

Dated: September 27, 2022

Respectfully submitted,

**SELENDY GAY ELSBERG PLLC**

*/s/ David Elsberg*
David Elsberg
Caitlin Halligan
Andrew Dunlap
Lena Konanova
Ron Krock
SELENDY GAY ELSBERG PLLC
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-390-9000
E-mail: delsberg@selendygay.com
E-mail: challigan@selendygay.com
E-mail: adunlap@selendygay.com
E-mail: lkonanova@selendygay.com
E-mail: rkrock@selendygay.com

—and—

**BROWN RUDNICK LLP**
David J. Molton
Marek P. Krzyzowski
Seven Times Square
New York, New York 10036
Telephone: 212-209-4800
Facsimile: 212-209-4801
Email: dmolton@brownrudnick.com
Email: mkrzyzowski@brownrudnick.com

*Counsel for Plaintiffs-Appellants*